**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed April 17, 2014.**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00283-CV

## IN RE JAVIER BARRON AND EMERITA ESPINOZA, Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**313th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-06505J**

## MEMORANDUM OPINION

On April 14, 2014, relators Javier Barron and Emerita Espinoza filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. §22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this court to compel the Honorable Glenn Devlin, presiding judge of the 313th District Court of Harris County, to set aside his April 10, 2014 order denying their motion for continuance.

Subsequent to filing their petition for writ of mandamus in this court, relators filed a notice of nonsuit, advising this court that they no longer desire to

prosecute their original proceeding against respondent. We construe relators' notice of nonsuit as a motion dismiss and grant the motion.

Accordingly, we order relators' petition for writ of mandamus dismissed. Relators' related emergency motion to stay the trial is further denied as moot.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Brown.